**903 DENNISON vs. CIRCUIT JUDGE (Genesee), 37 M., 281.**

To vacate an order for a new trial in ejectment.

Denied October 9, 1877.

Defendant paid to the clerk of the court the damages assessed and the costs, entered a motion for a new trial under the statute, and upon affidavit showing payment, presented to the court, a new trial was granted.

Relator insisted that the clerk was not authorized to receive the amount of damages and costs; that a portion of the amount paid to the clerk consisted of National bank notes, and that respondent had no notice of the application for a new trial.

**904 BOYCE vs. CIRCUIT JUDGE (Osceola), 79 M., 154.**

To compel the granting of a second trial in ejectment.

Granted January 8, 1890.

The judgment upon the former trial was rendered April 27, 1886.

The case was removed to the Supreme Court, and on June 9, 1887, the judgment of the court below was affirmed. November 25, 1889, plaintiff applied for a second trial. The Circuit Court denied the motion on the ground that more than three years had elapsed since the rendition of the judgment in the Circuit Court upon the verdict, but the Supreme Court held that the three years commenced to run from June 9, 1887. Citing Clark vs. Circuit Judge, 62 M., 355 (773).